Cardillo & Corbett
Attorneys for Plaintiff
MARTRADE SHIPPING & TRANSPORT GMBH
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR-7209)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MARTRADE SHIPPING & TRANSPORT GMBH,          :

                          Plaintiff,          :     **ECF**
                                              :     **AFFIDAVIT IN**
                                              :     **SUPPORT OF PERSON**
              -against-                       :     **TO SERVE PROCESS**
                                              :     09 Civ. *884 (SHS)*
EUROCONDAL SHIPPING S.A.,                     :
                                              :
                          Defendant.          :
------------------------------------------x


STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )


        JAMES P. RAU, being duly sworn, deposes and

says:

        1.    I am a member of the Bar of this court, a member

of the law firm of Cardillo & Corbett, attorneys for Plaintiff,

and am fully familiar with the facts and circumstances in the

captioned matter.

        2.    This affidavit is made pursuant to Rule 4(c) of

the Federal Rules of Civil Procedure in support of an order to

appoint myself, Tulio R. Prieto, Enmanuel O. Suarez, Randy

Sosa, Jonathan E. Rathan, or any other partner, associate, paralegal or other agent of Cardillo & Corbett, in addition to the United States Marshal, to serve the Verified Complaint, the Process of Maritime Attachment and Garnishment, and other process in this action.

3.    The granting of this request will result in expediting the service of process.  The action involves a claim for breach of a maritime contract by Defendant.  Said Defendant cannot be found within this District but has or will have funds, monies, credits and debts in this District in the hands of garnishees including, but not limited to, ABN Amro Bank NV, American Express Bank, Bank Leumi, Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of India, Bank of New York, Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, State Bank of India, Societe Generale, UBS AG and/or Wachovia Bank, that can be attached, and it is desirable to expedite service of process to prevent such funds, monies, credits or debts from being disbursed.

WHEREFORE, it is respectfully requested that the order be granted appointing James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Randy Sosa, Jonathan E. Rathan, or any

other partner, associate, paralegal or other agent of Cardillo

& Corbett to serve process in this action.

_____
JAMES P. RAU

Sworn to before me this
30th day of January, 2009

_____
NOTARY PUBLIC

**TULIO** R. PRIETO
**Notary** Public, State of New York
No. 02PR6070911
**Qualified** in Richmond County
**Certificate** Filed in New York County
**Commission** Expires February 19, 2610

3