USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARTRADE SHIPPING & TRANSPORT GMBH,   :   ECF
                                      :   ORDER DIRECTING
                        Plaintiff,    :   RELEASE OF
                                      :   ATTACHED PROPERTY
            -against-                 :   09 Civ. 884 (SHS)
                                      :
EUROCONDAL SHIPPING S.A.,             :
                                      :
                        Defendant.    :
------------------------------------x
```

Upon the letter dated April 8, 2009 from Cardillo & Corbett, counsel for the Plaintiff, MARTRADE SHIPPING & TRANSPORT GMBH, confirming that Plaintiff and Defendant, EUROCONDAL SHIPPING S.A., have agreed to settle all of the disputes in the instant matter and have agreed to the disbursement of $130,671.87 in funds attached by garnishee Deutsche Bank on or about February 19, 2009 (the "Attached Funds") on the terms set forth in counsel's letter;

**NOW THEREFORE**, it is hereby

**ORDERED** that garnishee Deutsche Bank shall release from the Attached Funds the sum of $129,505.50 and shall remit this amount to Plaintiff in accordance with the separate written instructions given to it by Cardillo & Corbett; and it is further

**ORDERED** that Deutsche Bank shall remit the remaining balance of the Attached Funds in the approximate amount of $1,166.37 to the Defendant as follows:

```
Banco de Sabadell
Account #:      5341-98 00 70200332
Iban/Bic:       Es 22 0081 5341 98 0070200332/BSAB ESSBB XXX
Account Name:   Euro Chartering S.A.
```

and it is further

**ORDERED** that funds released pursuant to this Order shall not be subject to any attachment in New York after those funds are released by the garnishee(s) en route to the designated account; and it is further

**ORDERED** that once the Attached Funds have been released by Deutsche Bank this action shall be, and hereby is, dismissed without prejudice and without costs.

Dated: New York, New York
       April  8 , 2009

SO ORDERED

_____
Sidney H. Stein, U.S.D.J.

2